UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSIEL BARAZAL, LIVAN BARAZAL,
and other similarly situated individuals,

    Plaintiff,

v.                         CASE NO: 2:20-cv-00467-SPC-NPM

PRO-SEAL USA, INC., and LONNIE
BECUDE, individually,

    Defendants.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through undersigned counsel stipulate and agree to dismiss the above-styled case with prejudice. The parties have separately negotiated their fees and costs incurred in connection with this action.

Dated: December 18, 2020

| | |
|---|---|
| /s/ Zandro E. Palma | /s/ Scott E. Atwood |
| Zandro E. Palma | Scott E. Atwood |
| Fla. Bar No. 0024031 | Fla. Bar No. 60331 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| | |
| **ZANDRO E. PALMA, P.A.** | **HENDERSON, FRANKLIN, STARNES & HOLT, P.A.** |
| 9100 S. Dadeland Blvd. | 1715 Monroe Street |
| Suite 1500 | Fort Myers, FL 33901 |
| Miami, FL 33156 | Tel: 239.344.1287 |
| Tel: 305.446.1500 | Email: scott.atwood@henlaw.com |
| Email: zep@thepalmalawgroup.com | |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all of the attorneys of record.

This the 18th day of December, 2020.

/s/ Scott E. Atwood
Scott E. Atwood
Florida Bar No. 60331
